ELIZABETH D. BOWMAN, Appellant, v. PAUL BLOCK and Others, Defendants, Impleaded with P-G PUBLISHING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANN-GOLD REALTY CORPORATION, Respondent, v. ULSTER COURT CORPORATION and Others, Defendants, Impleaded with RICHARD A. ABRAMSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ONE FORTY-ONE WEST SEVENTY-THIRD STREET, INC., Respondent, v. SUNSHINE HOTEL CORPORATION and ISIDORE ORLANDO DE PASS, Appellants.— Order with respect to defendant Sunshine Hotel Corporation affirmed, with ten dollars costs and disbursements to the respondent against said appellant. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SYLVIA D. LEWY, Appellant, v. J. WALTER LEWY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of allowing twenty dollars a week for temporary alimony, and one hundred and fifty dollars for counsel fee. The case should be tried without delay. No opinion. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LEOLIL REALTY CORPORATION, Respondent, v. COURT SQUARE REALTY CORPORATION and Others, Defendants, Impleaded with 3620 BEDFORD AVENUE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, an immediate trial ordered and stay of receivership continued pending said trial. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MALVERNE BUILDING COMPANY, INC., v. NEIL MACDONALD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

HEATING AND PLUMBING FINANCE CORPORATION v. DAVIS KESSLER and Another.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by ALBERT CONWAY, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of NORTH AMERICAN TITLE GUARANTY COMPANY. GEORGE HELFGOTT.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CAROLINE M. ROBINSON v. HUBERT E. ROGERS and Others, Impleaded with JOAB H. BANTON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FRAW REALTY CO., INC., v. MAX N. NATANSON and Others.— Motion for leave to appeal to the Court of Appeals granted. Motion for a stay granted upon condition that appellant file a bond required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See *ante*, p. 722.]

GLADYS SEIDEN and Others v. JANSON O. DECKER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.